Sheehan & Associates, P.C.  505 Northern Blvd Ste 311, Great Neck NY 11021-5101
spencer@spencersheehan.com  tel. 516.303.0552  fax 516.234.7800

May 26, 2020

District Judge Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  1:20-cv-00151-NRB
     Darby v. Prairie Farms Dairy, Inc.

Dear District Judge Buchwald:

This office represents the plaintiff. In accordance with your Honor's Individual Practices, plaintiff and defendant request an extension of sixty (60) days for defendant to file an answer or respond to the complaint.

The original date by which defendant is required to answer or respond is Friday, May 29, 2020. The parties request this date be extended to Tuesday, July 28, 2020. There have been no previous requests for an extension of this date. No previous request was granted or denied. Defendant consents to and joins plaintiff in the present request.

The reason for the request is to provide the parties additional time to consider how to proceed, such as a motion to dismiss or answer by defendant, an amended complaint by plaintiff or a resolution of the issues based on good faith discussions and voluntary exchange of relevant information. This request is submitted at least 48 hours prior to the original compliance date. This request does not affect any other scheduled dates. Thank you.

Respectfully submitted,

 /s/Spencer Sheehan
Spencer Sheehan

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: May 26, 2020

## Certificate of Service

I certify that on May 26, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan